UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOJDEH HARIRI-VIJEH**,<br>  Plaintiff,<br>  v.<br>**METROPOLITAN LIFE INSURANCE COMPANY**,<br>  Defendant. | Case No. 15-cv-03195-YGR<br><br>**ORDER STRIKING OPPOSITION BRIEF; VACATING HEARING**<br><br>Re: Dkt. Nos. 14, 15 |

The Court hereby **STRIKES** plaintiff's brief (Dkt. No. 15) filed in opposition to defendant's pending motion to strike. The brief improperly employs a non-standard, proportionally-spaced font that, as used, fails to satisfy the size requirements of Civil Local Rule 3-4(c)(2) (prohibiting proportionally spaced type that is "smaller than 12-point standard font (e.g., Times New Roman)"). Rather than construe the motion as unopposed and rule thereon, the Court provides plaintiff with an opportunity to file a corrected opposition brief by no later than **October 1, 2015**. The corrected brief shall include no changes other than to the appropriate font.

The hearing on the motion to strike (Dkt. No. 14) is hereby **VACATED** to be rescheduled if necessary at a later date.

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**